IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD HENDERSON                                                                    PLAINTIFF

v.                                    NO. 5:16-cv-00125 PSH

NANCY A. BERRYHILL, Acting Commissioner                                DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Edward Henderson.

IT IS SO ORDERED this 15th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE